HARRIS B. TABACK, ESQ., SBN 111017
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Ste. 102
San Francisco, CA 94102
Telephone: (415) 241-1400
Facsimile: (415) 565-0110
Email: htaback@eathlink.net

Attorney for Defendant SYED NAWAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>V.<br><br>SYED NAWAZ,<br><br>  Defendant. | No. CR 17-140 HSG<br><br>NOTICE OF MOTION AND MOTION TO WITHDRAW GUILTY PLEA AND ORDER<br><br>Date: January 31, 2020<br>Time: 2:00 p.m.<br>Court Room: The Honorable Haywood S. Gilliam<br>United States District Judge |

COMES NOW DEFENDANT SYED NAWAZ, by and through counsel, HARRIS B. TABACK, who hereby requests that his previously entered plea of guilty to making false statements to a government agency (Count One of a One Count Information) be withdrawn and the case dismissed. The reason for this request is as follows:

On January 14, 2019, NAWAZ entered into a Post-Plea Diversion Agreement that was accepted by this Honorable Court. He pled guilty to the One Count Information and sentencing is deferred until January 31, 2020. The diversion agreement provided that if NAWAZ

successfully completed the terms of his diversion, "the government agrees to (a) join in the defendant's motion to withdraw his guilty plea, and (b) move to dismiss Count One of the Superceding Information." [Post Diversion Plea Agreement Docket # 82].

NAWAZ has successfully completed all terms of his diversion. As a result, we now ask this Honorable Court to permit him to withdraw his guilty plea and dismiss the charge.

DATED: January_____ , 2020               Respectfully Submitted,


                                           /s/  Harris B. Taback
                                    HARRIS B. TABACK
                                    Attorney for Defendant SYED NAWAZ

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT SYED NAWAZ'S guilty plea is withdrawn as to Count One of the One Count Superceding Information and the Superceding Information is dismissed with prejudice.

DATED: January  31, 2020


_____
The Honorable HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE